FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 17, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TAWANDA ROBERTSON, | No. 4:26-CV-05018-SAB |
| Appellant, | |
| v. | **ORDER DISMISSING APPEAL** |
| DEPT OF EDAIDVANTAGE, and U.S. DEPARTMENT OF EDUCATION, | |
| Appellees. | |

Appellant filed the above-captioned appeal on February 9, 2026. Appellant is representing herself in the matter. Appellees are represented by Molly Smith.

On February 10, 2026, the Court Clerk docketed a Notice of Filing which informed the parties that, if a Certificate of Record is not received within ninety days, the Court will issue an Order directing the parties to show cause why the appeal should not be dismissed. Appellant failed to file the Certificate of Record within that timeframe.

On May 20, 2026, the Court directed Appellant to show cause by May 30, 2026, as to why the appeal should not be dismissed with prejudice for failure to prosecute. Appellant failed to file any response by the deadline.

//

//

**ORDER DISMISSING APPEAL** * 1

Accordingly, **IT IS HEREBY ORDERED**:

1.    The above-captioned appeal is **DISMISSED with prejudice** for failure to prosecute. *See* Fed. R. Civ. P. 41(b); *Link v. Wabash R. Co.*, 370 U.S. 626, 630-31 (1962).

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and close the file.

**DATED** this 17th day of June 2026.



Stan Bastian
Chief United States District Judge

**ORDER DISMISSING APPEAL * 2**